# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0809
Lower Tribunal No. 03-CF-000729

_____

RUFINO OSORIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Robert Branning, Judge.

October 14, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Giovana Linale Upson, of Giovana Linale Upson, P.A., Naples, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED